UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-26120 |
| LeRoy Day, Jr., | Hearing date: 2/19/19 at 10:00 a.m. |
| Debtor. | Judge: CMG |

ORDER ON MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

......

**DATED: February 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:   LeRoy Day, Jr.

Case No:   18-26120 (CMG)

Caption of Order:   Order on Motion for Relief from Stay

---

This matter having been opened to the Court by BMW Bank of North America's Motion for Relief from Stay, Jason Schwartz, Esq. appearing and the Debtor, LeRoy Day, Jr. appearing; all interested parties having been served; and for good cause shown; it is

**ORDERED** that this motion is denied as follows:

The Debtor shall pay BMW Bank of North America the following:

$1,126.12 by March 8, 2019;

$497.11 by April 8, 2019;

$497.11 by May 8, 2019; and

$497.11 by June 8, 2019.

**IT IS FURTHER ORDERED** that in the event the Debtor fails to make any payment for a period of 10 days after it falls due, BMW Bank of North America shall receive stay relief by filing a certification of default and serving it upon the Debtor.