UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 19, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-26120 |
| LeRoy Day, Jr., | Hearing date: 2/19/19 at 10:00 a.m. |
| Debtor. | Judge: CMG |

ORDER ON MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

......

**DATED: February 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:   LeRoy Day, Jr.
Case No:  18-26120 (CMG)
Caption of Order:  Order on Motion for Relief from Stay

---

This matter having been opened to the Court by BMW Bank of North America's Motion for Relief from Stay, Jason Schwartz, Esq. appearing and the Debtor, LeRoy Day, Jr. appearing; all interested parties having been served; and for good cause shown; it is

**ORDERED** that this motion is denied as follows:

The Debtor shall pay BMW Bank of North America the following:

$1,126.12 by March 8, 2019;

$497.11 by April 8, 2019;

$497.11 by May 8, 2019; and

$497.11 by June 8, 2019.

**IT IS FURTHER ORDERED** that in the event the Debtor fails to make any payment for a period of 10 days after it falls due, BMW Bank of North America shall receive stay relief by filing a certification of default and serving it upon the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
LeRoy Day, Jr.  
      Debtor

Case No. 18-26120-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 19, 2019  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.  
db          +LeRoy Day, Jr.,    60 Pheasant Lane,    Willingboro, NJ 08046-2733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:  
         Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al    bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
         Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America    jschwartz@mesterschwartz.com  
         John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, jcohen@mchfirm.com,NJ95@ecfcbis.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com,NJ95@ecfcbis.com  
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                           TOTAL: 7